No. 82–647. KIRKPATRICK *v.* CHRISTIAN HOMES OF ABILENE, INC., ET AL. Ct. App. Tex., 11th Sup. Jud. Dist. [Certiorari granted, 459 U. S. 1145.] Motion of petitioner to

direct the Clerk to schedule oral argument during April 1983 granted.